LISA BLANCO JIMENEZ (SBN: 234671)
NEUMILLER & BEARDSLEE,
A PROFESSIONAL CORPORATION
*Mailing:* P.O. Box 20
   Stockton, CA 95201-3020
*Office:*   3121 W. March Lane, Suite 100
   Stockton, CA 95219
Telephone:  (209) 948-8200
Facsimile:   (209) 948-4910
E-mail: ljimenez@neumiller.com

Attorneys for Defendant WITLY LLC


MICHAEL S. CUNNINGHAM (SBN: 272969)
CUNNINGHAM LAW, APC
43460 Ridge Park Drive, Suite 200
Temecula, CA 92101
Telephone:  (619) 349-4747
Facsimile:   (858) 366-4158
E-mail: mike@laborattorney.com

Attorneys for Plaintiff TARYN PAULY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARYN PAULY, an individual, | Case No. 1:23-cv-00761-JDP |
| Plaintiff; | |
| vs. | **STIPULATION TO STRIKE DEFENDANT WITLY LLC'S ANSWER AND ENTER DEFAULT; AND [PROPOSED] ORDER** |
| WITLY LLC; and DOES 1 through 10, inclusive, | |
| Defendant(s). | |

**STIPULATION**

WHEREAS, on February 23, 2023, Plaintiff TARYN PAUL ("Plaintiff") filed a Complaint for Damages against Defendant WITLY LLC ("Defendant") in the Superior Court of California for the County of Stanislaus, entitled *Taryn Pauly v. Witly LLC* and assigned Case No. CV-23-000652;

WHEREAS, on May 16, 2023, Defendant removed the case to this Court pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441(b), and 28 U.S.C. § 1446 (Document 1);

WHEREAS, on May 23, 2023, Defendant filed an Answer to Complaint (Document 4); and,

WHEREAS, Defendant, having now knowingly and voluntarily decided not to defend against the claims and allegations of Plaintiff's Complaint for Damages, desires to withdraw its Answer to Complaint and allow default to be entered against it;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Defendant WITLY LLC and Plaintiff TARYN PAULY, through their respective attorneys of record, that Defendant WITLY LLC's Answer to Complaint filed on May 23, 2023 (Document 4) may and shall be stricken in its entirety and that default may and shall be entered against Defendant WITLY LLC accordingly.

Dated: April 16, 2024

NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION

By:   /s/ Lisa Blanco Jimenez
        LISA BLANCO JIMENEZ

Attorneys for Defendant WITLY LLC

Dated: April 16, 2024

CUNNINGHAM LAW, APC

By:   /s/ Michael S. Cunningham*
        MICHAEL S. CUNNINGHAM

Attorneys for Plaintiff TARYN PAULY

*(as authorized on 4/16/24)

**ORDER**

IT IS HEREBY ORDERED THAT Defendant WITLY LLC's Answer to Complaint filed on May 23, 2023 (Document 4) shall be and hereby is stricken in its entirety, and that default shall be and hereby is entered against Defendant WITLY LLC accordingly, pursuant to the foregoing Stipulation of the parties.

IT IS SO ORDERED.

Dated:   April 30, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE